Test document

JUDGMENT